No. 2986. VÉLEZ, APPELLEE, v. COLÓN, APPELLANT.—District Court of Ponce. Decided March 8, 1923. Memorandum of costs. The appellee's motion for dismissal is sustained.

No. 2785. RAMOS, APPELLEE, v. GARCÍA, APPELLANT.—District Court of Aguadilla. Decided March 8, 1923. Debt. Considering the appellee's motion for dismissal and the jurisprudence governing the matter, the motion is sustained.

No. 2035. PEOPLE, APPELLEE, v. SERRANO, APPELLANT. — First District Court of San Juan. Decided March 8, 1923. Voluntary homicide. The appellant not having filed the brief required by Rule 42, the appeal is dismissed.

No. 2049. PEOPLE, APPELLEE, v. SERRANO, APPELLANT. — District Court of Arecibo. Decided March 9, 1923. Mayhem. It appearing that the information was sufficient and the evidence examined at the trial not having been sent up, for which reason the errors assigned can not be considered, the judgment is affirmed.

No. 2030. PEOPLE, APPELLEE, v. SCOTT ET AL., APPELLANTS. First District Court of San Juan. Adulteration of milk. Decided March 9, 1923. The appellants not having filed a brief as required by Rule 42, the appeal is dismissed.

No. 2531. MONGE, APPELLANT, v. PORTO RICO COMMERCIAL CORPORATION, APPELLEE.—First District Court of San Juan. Rescission of contracts. Decided March 13, 1923. The hearing having been had without the attendance of counsel, under the Rules and the jurisprudence of this court the appeal is dismissed.

No. 2699. MARTÍNEZ, APPELLEE, v. PASARELL, APPELLANT. District Court of Ponce. Decided March 13, 1923. Ejectment. Considering the briefs of counsel and the evidence examined at the trial, the judgment is affirmed.

No. 3002. SANTIAGO, APPELLEE, v. ROBLES, APPELLANT. — District Court of San Juan, Section 2. Execution of deed.